UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES H. BAQLEH,<br><br>   Plaintiff,<br><br> v.<br><br>LAKE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>   Defendants. | Case No. 25-cv-10377-RMI<br><br>**ORDER REVIEWING CASE UNDER 28 U.S.C. § 1915(E)(2) AND ORDERING SERVICE OF SUMMONS** |

On December 12, 2025, the court stayed service of process in this case while the court reviewed the Complaint pursuant to 28 U.S.C. § 1915. (Dkt. 4.) Under § 1915(e)(2)(B), the court must independently screen and dismiss *in forma pauperis* complaints that are frivolous or malicious, fail to state a claim on which relief may be granted, or seek monetary relief from a defendant immune from such relief. Plaintiff brings four claims: two claims under § 1983 for deliberate indifference to medical needs and deliberate indifference to conditions of confinement, one claim under Title II of the Americans with Disabilities Act for failure to accommodate, and one claim under § 504 of the Rehabilitation Act for disability discrimination. (Compl. at 2, Dkt. 1.) After reviewing the Complaint and the attached exhibits, the court finds that Plaintiff has sufficiently stated facts to proceed with his case.

As such, the court lifts the stay and **ORDERS** service on Defendants through the United States Marshal as follows: The Clerk will issue a summons and the United States Marshal will serve, without prepayment of fees, copies of the complaint (dkt. 1) with attachments, copies of this order, and copies of the notice of assignment to a United States magistrate judge and accompanying magistrate judge jurisdiction consent or declination on the Lake County Sheriff's

Department and on the County of Lake via the Clerk of the Board of Supervisors. The Clerk is also requested to serve a copy of this order on Plaintiff.

**IT IS SO ORDERED.**

Dated: December 19, 2025

_____
ROBERT M. ILLMAN
United States Magistrate Judge